

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HIBU, INC., | § | No. 08-19-00010-CV |
| Appellant, | § | Appeal from |
| v. | § | 342nd District Court |
| DEX MEDIA, INC. AND DEX ONE SERVICE, INC., | § | of Tarrant County, Texas |
| Appellees. | § | (TC # 342-297879-18) |

**MEMORANDUM OPINION**

The parties have filed a joint stipulation of dismissal with prejudice which we have construed as a joint motion to dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(2). We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

April 10, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.